&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653143619
Cashier ID: vjones
Transaction Date: 09/13/2019
Payer Name: Christopher Samuel
----------------------------------
CIVIL FILING FEE
 For: Christopher Samuel
 Case/Party: D-NYE-1-19-CV-005229-001
 Amount:        $400.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $400.00
----------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Christopher Samuel
282 east 35th Street
Brooklyn NY 11203
Apt 4H

LEGAL MAIL