UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRISTOPHER SAMUEL,　　　　　　　　　　　　　　19-cv-05229
　　　　　　　　　　　　　　　　　　　　　　　　　RKB-RML
　　　　　　　　　　　Plaintiff,

　　　　　-against-

EVE ARON,

　　　　　　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　X

　　**PLEASE TAKE NOTICE** that David J. Hoffman, Esq. hereby appears in this action as attorney for defendant Eve Aron.

Dated:　New York, New York
　　　　February 12, 2021

　　　　　　　　　　　　　　David J. Hoffman, Esq.
　　　　　　　　　　　　　　254 West 15th Street, Apt. 2C
　　　　　　　　　　　　　　New York, NY 10011

　　　　　　　　　　By:　/s/ David Hoffman
　　　　　　　　　　　　　　David Hoffman