Clerk's Office
Filed Date:
3/10/2021
12:46 PM

Received via Pro Se Email
3/10/21 at 12:46 pm-KC

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

Dear Honorable Robert M. Levy Magistrate Judge,

I would like to let you know that I have sent in my first set of Interrogatories to David John Hoffman at webmaster@djhoffmanlaw.com on March 5, 2021.

Thank you

Christopher Samuel