UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Christopher Samuel,

                Plaintiff,                Case No.

    -against-

                                 19-cv-05229(MKB)(RML)

Eve Aron,

                Defendant.
-------------------------------------------------------------X

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the attached Declaration of David J. Hoffman, dated April 6, 2021 and the Memorandum of Law, dated April 6, 2021, and all other proceedings had herein, at a date and time to be determined by the Court, the undersigned will move this Court, at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order, pursuant to Local Civil Rule 1.4, relieving the undersigned as counsel of record for Defendant Eve Aron.

Dated:  Orchard Park, New York
         April 6, 2021

                                                   /s/David J. Hoffman