Dear Honorable Robert M. Levy Magistrate Judge,

It is to my understanding that the defendant's lawyer had 3 days after submitting their responses to the outstanding discovery requests to speak with me via phone or video chat regarding any issues that I may have had in an effort to resolve. After reaching out to Mr. Hoffman he was however unavailable to do so in the time frame given, I made him aware of your time frame but did not receive a response. I will be waiting on the courts for further instruction.

Christopher Samuel

**Clerk's Office**
**Filed Date:**

**4/20/2021**   Received via Pro Se Email
                4/20/21 at 7:25 a.m.- KC
**7:25 AM**

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN OFFICE**