ORIGINAL

RECEIVED SEP 1 7 2021 PRO SE OFFICE

Case Number 1:2019cv05229

Dear Honorable Taryn A. Merkl Magistrate Judge,

Good morning, I would like to formally introduce myself to you. I'm Christopher Samuel and it is to my understanding that that you are now assigned to the case, if it is ok I would like to request a phone call to touch base and give you an update on where we are with mediation. Almost two months ago Magistrate Judge Levy recommended we set up mediation in which we've selected a mediator, but everything requested of defendant has not been provided to the mediator. An email was sent on August 5, 2021, from the defendant's lawyer in which information for settlement should be coming within the next two weeks. We have still heard nothing from the defendant since, maybe a call with you will help us sort things out a little better. Thank you so much for your time, I greatly appreciate it.

/S/[Christopher Samuel]