ORIGINAL



Case Number 1:2019cv05229 PROSE OFFICE

Dear Honorable Taryn A. Merkl Magistrate Judge

Good morning Judge Merkl, I am writing you in an effort to speak on a call once again regarding the process of settlement. Thank you for your assistance in helping us with a mediator, it was extremely effective. I just wanted to know next steps in case the agreed-on money isn't received as well as a check-in. Thank you so much for your time.

/S/[Christopher Samuel]