**DAVID J. HOFFMAN**
ATTORNEY AT LAW
254 W. 15TH ST. APT 2C
NEW YORK, NEW YORK 10011
TEL: (917) 701-3117
EMAIL: DJHOFFMAN@DJHOFFMANLAW.COM

December 13, 2021

Magistrate Judge Taryn Merkl
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>Samuel v. Aron 19-cv-05229 (MKB)(TAM)</u>

Dear Judge Merkl:

    This is the joint report of the parties in the above-referenced matter.

    The parties' mediation on November 16, 2021 successfully resulted in a settlement agreement between the parties which will result in the dismissal of all claims here with prejudice; however, the agreement does provide the defendant until January 3, 2022 to make the payment necessary to implement the settlement agreement.

                      Very truly yours,

                      David J. Hoffman