FILED
in the Clerks Office
U.S. District Court, EDNY
Jan 4, 2022, 3:43 PM
Brooklyn Pro Se Office
via Box.com

Case Number 1:2019cv05229 PROSE OFFICE

Dear Honorable Taryn A. MerkI Magistrate Judge

Good afternoon Judge Merkl, I am writing you to inform you that the settlement we agreed on was not paid to me. Ms. Aron hasn't let me know anything, and the date we all agreed on was January 3, 2022. I wanted to know about next steps now that this is our current situation and what my experience with receiving funds from her has been all along, thank you so much.

/S/[Christopher Samuel]