**DAVID J. HOFFMAN**
Attorney at Law
254 W. 15th St. Apt 2C
New York, New York 10011
Tel: (917) 701-3117
Email: djhoffman@djhoffmanlaw.com

January 18, 2022

Magistrate Judge Taryn Merkl
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  <u>Samuel v. Aron 19-cv-05229 (MKB)(TAM)</u>

Dear Judge Merkl:

    Earlier in this case, I made a motion to withdraw as counsel for Defendant Eve Aron (Docket Entry #29).  I would like to renew that motion.

    I have had no meaningful communication from my client since our session with the mediator.

    In light of my earlier motion, I would appreciate guidance from the Court as to whether I would need to make a new motion or if the previous motion can be revived.

        Very truly yours,

        /s/

        David J. Hoffman