**DAVID J. HOFFMAN**
254 W 15TH ST. APT 2C
NEW YORK, NEW YORK 10011
TEL: (917) 701-3117
EMAIL: DJHOFFMAN@DJHOFFMANLAW.COM

March 8, 2022

Magistrate Judge Taryn Merkl
United States District Court for the
    Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Samuel v. Aron 19-cv-05229 (MKB)(TAM)

Dear Judge Merkl:

    As requested by the Court, I served a copy of the Court's order of February 8, 2022 on Ms. Aron at the only address that I have for her. Attached please find a copy of the Fedex confirmation that the envelope was delivered.

                        Very truly yours,

                        David J. Hoffman