Case 1:19-cv-05229-MKB-TAM    Document 37-1    Filed 03/08/22    Page 1 of 2 PageID #: 264



FedEx® Tracking                                                                    ⋮

# Duplicate results found

## More than one shipment was found with this tracking number (270387041469). Please select the correct shipment to add to your summary list.

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERY DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 270387041469 | 3/02/2022 | New York, NY | Burbank, CA | ✅ **Delivered** | 3/03/2022 10:28 am | | FedEx Express |
| 270387041469 | 3/05/2022 | | | ❗ **Delivery exception** | | Pending | FedEx Express |

Case 1:19-cv-05229-MKB-TAM   Document 37-1   Filed 03/08/22   Page 2 of 2 PageID #: 265