FILED
in the Clerk's Office
U.S. District Court, EDNY
May 12, 2022
2:37PM
Brooklyn Pro Se Office via Box.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Christopher Samuel,

 Plaintiff, Case No.

 -against-

 19-cv-05229(MKB)(TM)

Eve Aron,

 Defendant.

-------------------------------------------------------------X

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the attached Declaration of Christopher Samuel, dated May 12, 2022 and the Memorandum of Law, dated May 12, 2022, and all other proceedings had herein, at a date and time to be determined by the Court, the undersigned will move this Court, at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order, of default judgement.

Dated: May 12, 2022

<u>/s/Christopher Samuel</u>

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Christopher Samuel,

 Plaintiff, Case No.

 -against-

 19-cv-05229(MKB)(TM)

Eve Aron,

 Defendant.

-------------------------------------------------------------X

DECLARATION OF Christopher Samuel

1. I am plaintiff Christopher Samuel
2. I move for an order of default judgement against Ms. Aron for her breach of both contracts that we agreed upon, loan agreement and settlement agreement. (Exhibit A) (Exhibit B)
3. Ms. Aron had agreed to pay settlement money by January 3, 2022, in which I didn't receive a check until April 19, 2022 which subsequently bounced due to insufficient funds. (Exhibit B) (Exhibit C)
4. Regarding a lease agreement made on August 28, 2019 Ms. Aron failed to pay me the $30,000 she received. This breach of contract entitles me to $400,000 as per our contract. (Exhibit A) (Exhibit D)
5. Ms. Aron has missed every court appearance since the settled amount was agreed upon. However, has contacted me through text of countless promises of payment until she stopped replying after her check bounced.
6. It is because of these reasons; I ask that the Court grant me default judgement against Ms. Aron.

I affirm the foregoing under penalty of perjury.

Dated: May 12, 2022

/s/Christopher Samuel

# LOAN AGREEMENT

This Agreement (the "**Agreement**"), dated March 1, 2019, between Christopher Samuel (the "**Lender**"), an individual residing at 282 E 35th St, Brooklyn, NY 11203; and Eve Aron (the "**Borrower**"), an individual residing at 510 S. Sparks St, Burbank, CA 91506.

WHEREAS, the Lender desires to loan to the Borrower, and the Borrower desires to repay loan to the Lender; and

WHEREAS, the Lender hereby agrees to loan the Borrower EIGHTY THOUSAND DOLLARS AND NO CENTS ($80,000.00) in immediately available funds; and

WHEREAS, the Borrower hereby agrees to repay the Lender in part FIFTY THOUSAND DOLLARS AND NO CENTS ($50,000.00) over a period of six (6) weeks starting from the execution of this Agreement and in part through earnings at horse shows.

NOW, THEREFORE, in consideration of the mutual promises set forth and subject to the terms and conditions under this Agreement, the parties agree as follows:

## Article I. Definitions

**Section 1.01**   **Defined Terms.** As used in this Agreement, terms defined in the preamble and recitals of this Agreement have the meanings set forth therein, and the following terms have the meanings set forth below:

(a) "**Assignee**" means the Borrower's trainer, Leila Ward-Maroney, an individual associated with the Los Angeles Equestrian Center located at 480 W. Riverside Dr., Burbank, CA 91506.

(b) "**Borrower's Account**" means the bank account with the following information:
Name:   von Henkle Industries, Inc.

|         |                        |
|---------|------------------------|
| Address: | 13270 Kibbings Road   |
|         | San Diego, CA 92130    |
| Account No.: | 733108679         |
| Bank:   | Chase Bank             |
|         | 6041 La Flecha         |
|         | Rancho Santa Fe, CA 92067 |
| Routing No.: | 322271627         |

(c) "**Consent**" means an explicit affirmation in writing.

(d) "**Diorado VDL**" means the ten-year-old gelding warmblood imported from Germany.

(e) "**Essential Provisions**" means the provisions that stipulate the core issues of this Agreement, including but not limited to Section 4.01(b).

(f) "**Farolito**" means the eight-year-old gelding warmblood imported from the Netherlands.

(g) "**Liquidated Damages**" has the meaning specified in Section 6.01.

(h) "**Lender's Account**" means the bank account with the following information:

|         |                        |
|---------|------------------------|
| Name:   | Christopher Samuel     |
| Address: | 111 Ryerson St.       |
|         | Brooklyn, NY 11205     |
| Account No.: | 4287021441        |
| Bank:   | TD Bank                |
| Routing No.: | 026013673         |

(i) "**Loan**" means a fixed loan, with an interest rate of ZERO PERCENT (0%) per annum, and a principal amount of EIGHTY THOUSAND DOLLARS AND NO CENTS ($80,000.00).

(j) "**Material Breach**" means the breach of any one of the Essential Provisions.

(k) "**Maybellene**" means the twelve-year-old mare warmblood imported from Holland.

(l) "**New Horse**" means the seven-year-old gelding warmblood imported from Germany into Florida in 2019.

(m) "**Notice**" has the meaning specified in Section 8.03(a).

(n) "**Old Horses**" means Maybellene, Farolito, and Diorado VDL.

## Article II. Lender's Representations and Warranties

The Lender represents and warrants the following:

**Section 2.01** **Lender's Authority.** To execute this Agreement, the Lender has complete authority and legal right.

**Section 2.02** **Liens.** No liens are attached to Lender's assets that would impair the execution of this Agreement.

## Article III. Borrower's Representations and Warranties

The Borrower represents and warrants the following:

**Section 3.01** **Borrower's Authority.** To execute this Agreement, the Borrower has complete authority and legal right.

**Section 3.02** **Insurance.** The Borrower has and guarantees the Lender valid insurance for the full value of the New Horse.

**Section 3.03** **Title.** The Borrower shares FIFTY (50%) percent co-ownership in the New Horse as defined by the United States Equestrian Federation.

## Article IV. Loan

**Section 4.01**     **Payment Terms.**

(a)  The Lender shall wire the Loan amount into the Borrower's Account.

(b)  The Borrower shall wire payments to Lender's Account:

  (i)     in increments to total FIFTY THOUSAND DOLLARS AND NO CENTS ($50,000.00) over six (6) weeks starting from the execution of this Agreement;

  (ii)    within SEVEN (7) business days of the Borrower receiving the earnings FIFTY (50%) percent of the earnings by the New Horse at each horse show in which the New Horse participates; and

  (iii)   within SEVEN (7) business days of the Borrower receiving the earnings FIFTY (50%) percent of the earnings by the Old Horses at each horse show for the next SEVEN (7) years, beginning from the execution of this Agreement, in which the Old Horses participate.

(c)  Each late payment shall be cured by the Borrower by wiring to Lender's Account TWO THOUSAND DOLLARS AND NO CENTS ($2,000.00) within SEVEN (7) business days of each due date in addition to the original payment.

**Section 4.02**     **Security.** There shall be no security put forth by the Borrower in this Agreement.

## Article V. Horses

**Section 5.01**     **Maintenance of Horse**. The Borrower shall maintain and bear all costs to maintain the health of the New Horse and Old Horses.

(a) If the New Horse is sold to a third party, the Borrower shall cause to be wired to Lender's Account ONE HUNDRED (100%) percent of the New Horse purchase price within SEVEN (7) business days of purchase.

(b) If the New Horse dies or cannot participate in shows, the Borrower shall cause to be wired to Lender's Account ONE-HUNDRED-AND-FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00) within SEVEN (7) business days of the discovery of the New Horse's condition.

(c) If the Old Horses either do not survive or cannot participate in shows for SEVEN (7) years, the Borrower shall cause to be wired to Lender's Account FIFTY (50%) percent of the amount of the Old Horses' insurance claim within SEVEN (7) business days of the Borrower's receipt of insurance claim.

(d) Each late payment shall be cured by the Borrower by wiring to Lender's Account TWO THOUSAND DOLLARS AND NO CENTS ($2,000.00) within SEVEN (7) business days of each due date in addition to the original payment.

## Article VI. Termination Provisions

**Section 6.01** **Grounds for Termination.** A breach of this Agreement does not automatically result in a termination. Either party may terminate the Agreement if:

(a) the other party commits a Material Breach; or

(b) the terminating party obtains Consent from the other party.

**Section 6.02** **Borrower's Remedies.** If the Borrower terminates this Agreement under Section 5.01(b), the Borrower shall:

(a) give the Lender Notice THIRTY (30) business days in advance of termination; and

5

(b) the Borrower shall cause the Liquidated Damages to be wired to the Lender's Account within SIXTY (60) business days of termination.

**Section 6.03    Lender's Remedies.**

(a) If the Lender terminates this Agreement under Section 5.01(a), the Borrower shall cause ONE-HUNDRED-AND-FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00) to be wired to the Lender's Account within SIXTY (60) business days of termination.

(b) If the Lender terminates this Agreement under Section 5.01(b), the Lender shall:

   (i)    give the Borrower Notice THIRTY (30) business days in advance of termination; and

   (ii)   the Borrower shall cause ONE-HUNDRED-AND-FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00) to be wired to the Lender's Account within SIXTY (60) business days of termination.

## Article VII. Liquidation

**Section 7.01    Liquidated Damages.** The parties agree that the actual damages resulting from a breach or termination are difficult to count and they intend to agree on the Liquidated Damages for a breach. The Liquidated Damages FOUR-HUNDRED THOUSAND AND NO CENTS ($400,000.00) (the "Liquidated Damages").

## Article VIII. General Provisions

**Section 8.01    Execution.** To evidence the parties' agreement to this Agreement, each party has executed this Agreement on the date stated beneath that party's name.

**Section 8.02** **Governing Law.** Without regard to the conflict of laws principle, this Agreement shall be governed in accordance with the laws of the State of New York.

**Section 8.03** **Notice.**

(a) **Generality.** All notice, request, demand, and other communication (each a "Notice") shall be given in writing and use one of the following methods of delivery, each of which for purposes of this Agreement is a writing:

   (i)   personal delivery;

   (ii)  registered or certified mail;

   (iii) e-mail; or

   (iv)  text message.

(b) **Addresses.** Any party giving Notice shall address the Notice to the appropriate address listed below or to another address as designated by a party in a Notice pursuant to this Section:

   (i) Notices sent to the Borrower shall be sent to:
   Eve Aron
   510 S. Sparks St.
   Burbank, CA 91506
   evearon1@gmail.com
   617) 835-1084

   (ii) Notices sent to the Lender shall be sent to:
   Christopher Samuel

7

Exhibit A

>282 E 35th St
>
>Brooklyn, NY 11203
>
>_____ e-mail
>
>_____ cell phone no.

**Section 8.04** **Attorneys' Fees.** If either party sues to enforce this Agreement, the Lender in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding from the Borrower.

**Section 8.05** **Severability.** If any provision of this Agreement is illegal or unenforceable, that provision is severed from this Agreement and the other provisions remain in force, if the Essential Provisions of this Agreement for each party remain legal and enforceable.

**Section 8.06** **Merger.** This Agreement states the full agreement between the parties and supersedes all prior negotiations and agreements.

**Section 8.07** **Modifications.** Any modifications of or amendments to the terms herein shall be agreed upon and made in writing by all of the parties.

**Section 8.08** **Assignment.** In the case of the Borrower's death, the Borrower shall assign this Agreement to the Assignee.

[Remainder of page intentionally left blank; signature page to follow.]

Exhibit A

**Lender**
By: _____
Christopher Samuel

Dated: _____3/28/19_____

**Borrower**
By: _____
Eve Aron

Dated: _____03/28/19_____

9

Exhibit B

# DAVID J. HOFFMAN
ATTORNEY AT LAW
254 W. 15TH ST. APT 2C
NEW YORK, NEW YORK 10011
TEL: (917) 701-3117
EMAIL: DJHOFFMAN@DJHOFFMANLAW.COM

December 13, 2021

Magistrate Judge Taryn Merkl
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Samuel v. Aron 19-cv-05229 (MKB)(TAM)

Dear Judge Merkl:

This is the joint report of the parties in the above-referenced matter.

The parties' mediation on November 16, 2021 successfully resulted in a settlement agreement between the parties which will result in the dismissal of all claims here with prejudice; however, the agreement does provide the defendant until January 3, 2022 to make the payment necessary to implement the settlement agreement.

Very truly yours,

David J. Hoffman



I#2

ACCT#  6775809842
DATE:   04/21/2022

TD BANK NA
P O BOX 1377
LEWISTON, ME 04243-1377

800-428-7000

7   MB 01 000310 52718 H 2 C
7

CHRISTOPHER SAMUEL
282 E 35TH ST APT 4H
BROOKLYN NY 11203-3933

THE FOLLOWING ITEM(S) THAT WERE DEPOSITED INTO ACCT # 6775809842 HAVE BEEN RETURNED UNPAID. WE HAVE DEBITED YOUR ACCOUNT AS INDICATED BELOW. AS A RESULT OF THIS ACTION, YOUR ACCOUNT IS NOW OVERDRAWN. IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE CONTACT US AT THE NUMBER LISTED ABOVE.

| CHECK # | DEPOSIT DATE | CHECK AMOUNT | RETURN REASON | REFERENCE# | FEE |
|---|---|---|---|---|---|
| 154 | 04/20/2022 | 45,000.00 | FROZEN/ BLOCKED | 550184601 | 15.00 |

TOTAL RETURNED
NUMBER OF ITEM(S)   1
AMOUNT OF CHECK(S)  $45,000.00
FEE                 $15.00

PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.   AO

```
*211274450*
04/21/2022
000000720632206

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON (F)
FROZEN/BLOCKED ACCOUNT

Cash Letter 1 of 1
Bundle 1 of 1
Item 1 of 1
```

FROZ/BLOCK ACC

EVE ARON
5416 MEDINA RD.
WOODLAND HLS, CA 91364-1848

FROZ/BLOCK ACC
90-3582/1222
154

Date 4/7/22

PAY TO THE ORDER OF   Chris Samuels           $ 45,00 -

forty five thousand dollars —           Dollars

US bank.

Memo  horse Payment

⑆122235821⑆ 1575272118640154

4⑆122235821⑆1575272118640154   ⑈000450000⑈

Exhibit C



# EXHIBIT C

The lease of Milo will be agreed upon the price of $30,000. The lease is for a one year period starting from September 9th, 2019 through September 9th, 2020. At the end of the lease the option for purchase is available at an additional $50,000.

The delivery of the lease payment of $30,000 can be distributed over payments if necessary.

All expenses including but not limited to medical, physical care, feed, travel, insurance and all other necessary financial needs will be paid for by the lessee.

Lessor signature: [signature]
Date: 08/28/19

Lessee signature: [signature]
Date:   08/28/19

# Shipment Receipt:   Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 12 MAY 2022

SHIPMENT INFORMATION:
UPS GROUND RESIDENTIAL
0 lb 3.8 oz actual wt
1.000 lb billable wt
DIMS: 12.00X10.00X2.00 IN STORE PACKED
PACK AND SHIP GUARANTEE

EXPECTED DELIVERY DATE:
WED 18 MAY 2022 EOD

SHIP FROM:
CHRISTOPHER SAMUEL
282 E 35TH STREET
BROOKLYN  NY 11203
(917) 680-9897

TRACKING NUMBER: 1Z37Y4580315370979
SHIPMENT ID: MMDCJC0WYTY4B
SHIP REF 1: - -
SHIP REF 2: - -

SHIP TO:
EVE ARON
6701 ETON AVE
APT 546
CANOGA PARK CA 91303-4070
RESIDENTIAL

DESCRIPTION OF GOODS:
DOCUMENTS

SHIPMENT CHARGES:
GROUND RESIDENTIAL           13.18
SERVICE OPTIONS               0.00
CMS PROCESSING FEE            0.22

SHIPPED THROUGH:
THE UPS STORE #6812
BROOKLYN,NY 11210-3259
(718) 928-7445

TOTAL                        $13.40

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM  (SELECT TRACKING, ENTER SHIPMENT ID #)   SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

Take 15% Off Online Printing
With $10 minimum order. Use code C15G

PARTICIPATING LOCATIONS ONLY

SHIPMENTID: MMDCJC0WYTY4B

Powered by iShip(r)
05/12/2022 10:42 AM Pacific Time F

The UPS Store



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes.  If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations.  Diversion contrary to law is prohibited.
RRD RF2 0222

```
The UPS Store #6812
1623 Flatbush Ave
Brooklyn, NY    11210-3262
718-928-7445

                            Date.:  5/12/2022
Terminal....: POS6812B      Time.:  10:44 AM
Employee....: 215459

                     QTY     PRICE      TOTAL
ITEM NAME
-----------------------------------------------
                                       $13.40
Ground Residential
                     1 @    $13.40
                                        $0.00
Tax


MMDCJCOWYTY4B
Tracking Number - 1Z37Y4580315370979
                                        $3.29
Printing B/W
                     1 @    $3.29
                                        $0.29
Tax


Print B/W 8.5X11                        $2.03
                     7 @    $0.29
Tax                                     $0.18
-----------------------------------------------
Subtotal                               $18.72
Shipping/Other Charges                  $0.00
Total tax                               $0.47
                                   ------------
Total
                                       $19.19
Cards
                                       $19.19
        ==============================
    Items Designated NR are NOT eligible
      for Returns, Refunds or Exchanges.
```



