UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

CHRISTOPHER SAMUEL,

        Plaintiff,                  Case No.

     -against-                   19-cv-05229-MKB-TAM

EVE ARON,
        Defendant.

---------------------------------------------------------X

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that upon the attached Declaration of David J.; Hoffman, dated May 13, 2022, and upon all proceedings had herein, David J. Hoffman, counsel for Defendant, will move this Court for an order to be relieved as counsel for the Defendant, Eve Aron.  Such motion will be heard at the time and place as determined by this Court.

Dated:    New York, New York
            May 13. 2022

                                                       /s/David J. Hoffman
                                                          David J. Hoffman