UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

CHRISTOPHER SAMUEL,

        Plaintiff,                    Case No.

    -against-                       19-cv-05229-MKB-TAM

EVE ARON,
        Defendant.

-------------------------------------------------------X

## DECLARATION OF DAVID J. HOFFMAN

1. I am counsel for Defendant Eve Aron.

2. I submit this motion to be relieved as counsel for Ms. Aron as I believe my relationship with my client has completely broken down.

3. Ms. Aron has failed to respond to my communications, has failed to complete her obligations under the settlement agreement, has failed to pay the mediator in this case and furthermore apparently attempted to pass a bad check in an effort to settle this case.

4. I am not seeking to assert any lien at this time.

5. I declare the foregoing under penalty of perjury.

Dated:    New York, New York
            May 13, 2022


                                              /s/David J. Hoffman
                                            David J. Hoffman