## **CERTIFICATE OF SERVICE**

1. I served the foregoing notice of motion seeking to withdraw as the attorney for Eve Aron and my supporting declaration on Eve Aron on May 27, 2022 in the following manners:
2. By emailing them to the email address evearon1@gmail.com, an address through which I have communicated with Ms. Aron.
3. By alerting her to the email by texting to 617-835-1084, a telephone number through which I have exchanged texts with Ms. Aron.
4. By first class mail to: 6701 Eton Ave. #546, Canoga Park, CA 91303.  During my last communication with Ms. Aron, she refused to reveal her current address, but directed me to this address as one where she was receiving mail.
5. By first class mail to: c/o Joe Thorpe, Los Angeles Equestrian Center, 480 W Riverside Dr, Burbank, CA 91506.  I have spoken with Mr. Thorpe who has had contacts with Ms. Aron and also was involved in training her horses, including those at issue in this matter.
6. I affirm the foregoing under penalty of perjury.

Dated:    May 27, 2022
          New York, New York

/s/David J. Hoffman