**CERTIFICATE OF SERVICE**

**FILED
in the Clerk's Office
U.S. District Court, EDNY
Sep 20, 2022, 10:15AM
Brooklyn
Pro Se Office via Box.com**

I have not had a home address for the defendant in a very long time, which is also why my previous service has been email. I hereby certify that I Christopher Samuel served a true and correct copy of the docket to the defendant Eve Aron to her email address as follows:

Evearon1@gmail.com

Dated: Brooklyn, NY

September 19, 2022

/s/Christopher Samuel