Honorable Judge Margo Brodie

225 Cadman Plaza East

Brooklyn, New York 11201

RECEIVED IN PRO SE
NOV 14 2022 @ 11:15 AM
VIA BOX.COM

Re: Samuel v. Aron 19-cv-05229 (MKB)(TAM)

Dear Judge Brodie:

I wanted to contact you in reference to the decision or possible status update for this case. Thank you for your time.

Dated: Brooklyn, NY

October 14, 2022

/s/Christopher Samuel