UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER SAMUEL,

                Plaintiff,                        JUDGMENT

   v.                                                  19-CV-5229 (MKB) (TAM)

EVE ARON,

                Defendant.
-----------------------------------------------------------------X

      A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on December 22, 2022, adopting the Report and Recommendation of Magistrate Judge Taryn A. Merkl, dated September 14, 2022, granting Plaintiff's motion to enforce the settlement and enter judgment in favor of Plaintiff consisting of (1) a judgment of $45,000; (2) pre-judgment interest at nine percent per annum pursuant to New York Civil Practice Law and Rules §§ 5001(a)–(b) and 5004, to be calculated from January 4, 2022, through the date of judgment; and (3) post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a), to be calculated from the date judgment is entered until the date of payment; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above and the interest being $$3,972.33; it is

      ORDERED and ADJUDGED that Plaintiff's motion to enforce the settlement and enter judgment in favor of Plaintiff is granted; and that judgment is hereby entered in favor of Plaintiff in the total amount of $48,972.33 plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a), to be calculated from the date judgment is entered until the date of payment.

Dated: Brooklyn, New York                                      Brenna B. Mahoney
       December 28, 2022                                           Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                       Deputy Clerk