RECEIVED AUG 2 2 2023 PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTOPHER SAMUEL,

                Plaintiff,

      v.

EVE ARON,

                Defendant.
----------------------------------------------------------------X

**ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT**

No. 19-CV-5229 (MKB) (TAM)

**ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT:**

COMES NOW **CHRISTOPHER SAMUEL**, Plaintiff and Creditor in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the judgment was entered in this Court on December 28, 2022.

2) THAT Plaintiff was awarded the total amount of $48,972.33 against Defendant EVE ARON.

3) THAT there have been no renewals since the entry of said judgment and that Plaintiff has received $0.00 of judgment from judgment debtor.

4) CHRISTOPHER SAMUEL, whose address is 282 East 35th Street Apt 4H, Brooklyn, NY 11203, is the judgment creditor of record.

5) THAT the last address of record for EVE ARON, judgment debtor, is 5416 Medina Rd, Woodland Hills, CA 91364.

6) THAT I, CHRISTOPHER SAMUEL, judgment creditor, hereby irrevocably transfer, and assign all title, rights, and interest in the judgment to the following person:

1

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

7) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, James E. Shelton are all of the assignor's rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

8) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

9) James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406, is now the holder and owner of the Judgment.

Signed this 22nd day of August, 2023.

_____
CHRISTOPHER SAMUEL
Original Judgment Creditor

SEE NOTARIZATION ATTACHED

# Notary Acknowledgement Form

State of: __New York__ )
)ss.:
County of: __Kings__ )

On the __22nd__ day of __August__ in the year __2023__ before me, the undersigned notary public, personally appeared __Christopher Samuel__, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

VICTORIA EVANDRA COKER
Notary Public - State of New York
NO. 01CO6179863
Qualified in Kings County
My Commission Expires 12/31/2023

3