RECEIVED IN PRO SE OFFICE
JAN 09, 2024 @ 5:05PM
VIA BOX.COM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHRISTOPHER SAMUEL

                Plaintiff,           Case No. 1:19-cv-05229 (MKB) (TAM)

    - against -              **SATISFACTION OF JUDGMENT**

EVE ARON

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 28th day of December, 2022 in favor of Plaintiff Christopher Samuel and against Defendant Eve Aron in the amount of $48,972.33 plus interest from the 28th day of December, 2022, and said judgment was assigned to James E. Shelton on August 22nd, 2023, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: 11/29/2023
King of Prussia, Pennsylvania

By: _James E. Shelton_ _____
James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
Jamie@finalverdictsolutions.com
Judgment Creditor/Assignee of Record, Pro Se

1

COMMONWEALTH OF PENNSYLVANIA    )
                                          )    ss.:

COUNTY OF MONTGOMERY          )

On the _29th_ day of _November_, _2023_ before me, the undersigned, personally came _James Shelton_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
THOMAS JOSEPH KOHLER, Notary Public
Montgomery County
My Commission Expires September 7, 2025
Commission Number 1250731